Jackie Lee CHAMBERS, Petitioner–Appellant,

v.

Eric D. WILSON, Respondent–Appellee.

No. 16–6398

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Jackie Lee Chambers, Appellant Pro Se. Antonia Marie Konkoly, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jackie Lee Chambers, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Chambers v. Wilson, No. 1:15–cv–00646–AJT–TCB, 2016 WL 775779 (E.D. Va. filed Feb. 24, 2016; entered Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

AFFIRMED